UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH NORMAN,<br><br>    Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY,<br><br>    Defendant. | Case No. 21-cv-09940-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE PENDING RULING ON MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 16, 18 |

The Court has received and considered the parties' joint case management conference statement. On March 17, 2022, Defendant filed a motion to dismiss, which is noticed for a hearing on April 22, 2022. The Court VACATES the case management conference scheduled for March 25, 2022, pending resolution of that motion. The Court ORDERS the parties to meet and confer further on whether discovery should be stayed pending resolution of the motion to dismiss. If they cannot reach agreement, Defendant may file a motion to stay, and may seek to hear the motion on shortened time.

**IT IS SO ORDERED.**

Dated: March 22, 2022

_____
JEFFREY S. WHITE
United States District Judge