1  **BURSOR & FISHER, P.A.**
2  L. Timothy Fisher (State Bar No. 191626)
   Julia K. Venditti (State Bar No. 332688)
3  1990 North California Boulevard, Suite 940
   Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
5  Email: ltfisher@bursor.com
          jvenditti@bursor.com
6

7  *Attorneys for Plaintiff*

8  **WHITE & CASE LLP**
   Bryan A. Merryman (SBN 134357)
9  bmerryman@whitecase.com
   Anna Naydonov (admitted *pro hac vice*)
10 anna.naydonov@whitecase.com
   Katherine Godar (SBN 343096)
11 katherine.godar@whitecase.com
   555 South Flower Street, Suite 2700
12 Los Angeles, CA 90071-2433
   Telephone: (213) 620-7700
13 Facsimile: (213) 452-2329
14

15 *Attorneys for Defendant*

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18 | FAITH NORMAN, individually and on behalf | Case No. 4:21-cv-09940-JSW |
   | of all others similarly situated, | ORDER REGARDING |
19 | | **STIPULATION OF DISMISSAL WITH** |
   | Plaintiff, | **PREJUDICE** |
20 | v. | |
21 | GERBER PRODUCTS COMPANY, | Judge: Jeffrey S. White |
22 | Defendant. | |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Faith Norman ("Plaintiff") and Defendant Gerber Products Company ("Defendant"), through their respective counsel, that this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each side to bear its own fees and costs.

Dated:  September 12, 2023    **BURSOR & FISHER, P.A**.

By:    */s/ L. Timothy Fisher*
        L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Julia K. Venditti (State Bar No. 332688)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
      jvenditti@bursor.com

*Attorneys for Plaintiff*

Dated:  September 12, 2023    **WHITE & CASE LLP**

By:    */s/ Bryan A. Merryman*
        Bryan A. Merryman

Bryan A. Merryman (SBN 134357)
bmerryman@whitecase.com
Anna Naydonov (admitted *pro hac vice*)
anna.naydonov@whitecase.com
Katherine Godar (SBN 343096)
katherine.godar@whitecase.com
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

*Attorneys for Defendant*

Plaintiff filed this case as a putative class action.  The Court ORDERS the parties to refile a dismissal that reflects that any putative class claims are dismissed without prejudice.

September 12, 2023

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), the filer of this document attests that all signatories have concurred in its filing.

By:     */s/ L. Timothy Fisher*
                    L. Timothy Fisher

*Attorneys for Plaintiff*